**Order entered August 22, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01497-CR

**MICHAEL D'ANGELO MASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80929-10**

## ORDER

The Court **REINSTATES** the appeal.

On July 8, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) although appellant originally requested that William Schultz continued as his appellate attorney, he filed a motion with this Court stating generally that Mr. Schultz had a conflict of interest; (4) this Court referred appellant's motion to the trial court to handle in conjunction with the hearing on appellant's brief; (5) appellant presented nothing to the trial court to explain why Mr. Schultz should not continue on the case; (6) the trial court recommends that Mr. Schultz remain appellant's appointed attorney; (7) Mr. Schultz indicated he waited to resume work on appellant's brief until the representation issue was resolved; and

(8) Mr. Schultz indicated he could file appellant's brief within fifteen days after the case is reinstated.

We **DENY** appellant's July 10, 2013 motion to appoint new counsel.

We **ORDER** appellant to file a brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE